**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**OXFORD DIVISION**

**QUITMAN COUNTY HEALTH & REHAB, LLC, et al.** **PLAINTIFFS**

**v.** **NO. 3:25-CV-207-RPC-RP**

**UNITED STATES DEPARTMENT OF HEALTH & HUMAN SERVICES, et al.** **DEFENDANTS**

**ORDER**

Now before this Court is the Defendants' Motion to Strike [56] the exhibits to the Plaintiffs' Motion for Summary Judgment [52, Exhibits 1-4] and any reference to the exhibits contained therein. The Defendants seek to strike the exhibits—which are declarations on behalf of the plaintiffs—because they are not part of the administrative record.

The Plaintiffs seek review of agency action pursuant to the Administrative Procedure Act (APA), 5 U.S.C. §§ 702, 705, and 706. Section 706 of the APA provides the scope of review for the court—identifying the administrative record as the source of review. "The Fifth Circuit has held that 'supplementation of the administrative record is not allowed unless the moving party demonstrates "unusual circumstances justifying a departure" from the general presumption that review is limited to the record compiled by the agency.'" ***Watson v. U.S. Army Corps of Eng'rs***, No. 1:19-cv-989-LG-RPM, 2020 WL 6828751, at *2 (S.D. Miss. Nov. 20, 2020) (quoting ***Medina Cnty Env't Action Ass'n v. Surface Tarnsp. Bd.***, 602 F.3d 687, 706 (5th Cir. 2010)). First, the Plaintiffs have not moved to supplement the administrative record with the attached exhibits in question. Nor have they "demonstrate[d an] 'unusual circumstance justifying a departure[.]'" ***Id.*** Instead, the Plaintiffs argue that the exhibits are attached to assure this Court that Article III standing exists—an issue that this Court has already ruled upon in a prior order. *See* [38, 39].

THEREFORE, it is hereby **ORDERED** that the Defendants' Motion to Strike [56] the exhibits to the Plaintiffs' Motion for Summary Judgment [52, Exhibits 1-4] and any reference to the exhibits contained therein is **GRANTED**. The exhibits shall be stricken.

SO ORDERED, this the 1st day of September, 2026.

Robert P. Chamberlin

**UNITED STATES DISTRICT JUDGE**